UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON MCCARTHY,<br><br>           Plaintiff,<br><br>     v.<br><br>ROSE & ASSOCIATES, LLC<br><br>           Defendant. | Case No. CV 13-1416 JGB(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff Myron McCarthy and against Defendant Rose & Associates, LLC.  Plaintiff is awarded monetary judgment in the amount of (1) $1,250.00 in statutory damages; (2) $325 in attorney's fees; and (3) $444 in costs. The Court orders that such judgment be entered.

Dated: May 22, 2014

                                          JESUS G. BERNAL<br>
                               United States District Judge